## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---------------------------------------------------

Essling's Homes Plus, Inc., a Minnesota corporation, d/b/a Scenic Hills Alternative Care,

vs.

City of Saint Paul, a Minnesota corporation,
     Defendant.

---------------------------------------------------

Civil No.  04-1115 (MJD/JGL)

**ORDER FOR DISMISSAL WITH PREJUDICE**

## ORDER

Based upon the foregoing stipulation of counsel,

IT IS HEREBY ORDERED that the above entitled matter is dismissed with prejudice as set forth in the Stipulation above.

Dated:  May 31, 2005
            s/ Michael J. Davis
            The Honorable Michael J. Davis
            United States Judge